UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS R. BROCATTO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. M. FAROOK,<br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) | NO. EDCV 19-2052-SVW (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that Defendants' motion to dismiss the First Amended Complaint is granted without leave to amend.

DATED: October 1, 2021

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge